UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES
AND PRODUCT LIABILITY
LITIGATION

No. M:05-CV-01699 CRB

MDL NO. 1699

[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

This Document Relates To:

Christie Bean v. Pfizer, Inc.
    (3:07-cv-01316);

Edward Judge, et al v.
  Pfizer, Inc.
    (3:06-cv-05945);

Kenneth Peterson et al v.
  Pfizer, Inc.
    (3:05-cv-04932);

Joan Heissel v. Pfizer, Inc.
    (3:06-cv-05947)

Kathleen Drake et al v.
  Pfizer, Inc.
    (3:06-cv-00938)

Dale Kimm v. Pfizer, Inc.
    (3:06-cv-05946)

Upon Notice of Substitution of Counsel submitted on behalf of Plaintiffs, Christie Bean, Edward Judge et al, Kenneth Peterson et al, Joan Heissel, Kathleen Drake et al, and Dale Kimm, it is, hereby,

ORDERED, ADJUDGED AND DECREED, that Larry Helvey Law Firm is hereby substituted as counsel for Plaintiffs, Christie Bean, Edward Judge et al, Kenneth Peterson et al, Joan Heissel, Kathleen Drake et al, and Dale Kimm, and

the firm of Moyer & Bergman of Cedar Rapids, Iowa, shall be permitted to withdraw as counsel of record for the Plaintiffs.

Entered this __04__ day of __May_____, 2009.

_____
HONORABLE CHARLES R. BREYER
District Court Judge

