Attorneys for Plaintiff Joan Heissel
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, IA 52403
(319) 362-0421

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL Case Specific No.:  3:06-cv-05947**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Joan Heissel,<br><br>                                    Plaintiff,<br><br>                        vs.<br><br>Pfizer Inc, et al.,<br><br>                                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Joan Heissel and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 6, 2009     By: _*Larry Helvey*_
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, Iowa 52403
(319) 362-0421
Attorneys for Plaintiff, Joan Heissel

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   DATED: Aug 18, 2009     By: _____

3                           DLA PIPER LLP (US)
                            1251 Avenue of the Americas
4                           New York, NY 10020
                            Telephone: (212) 335-4500
5                           Facsimile: (212) 335-4501
                            *Defendants' Liaison Counsel*
6

7

8

9   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**
10

11
    Dated: AUG 1 9 2009
12                          _____
                            Hon. Charles R. Breyer
13                          United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE